UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE DEVAULT-GRAVES AGENCY, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COLLEEN M. SALINGER and MATTHEW R. )<br>SALINGER, As Trustees of the J.D. SALINGER )<br>LITERARY TRUST, )<br>)<br>Defendant )<br>) | Civil Action No. 1:15-cv-00458-JL |

## DECLARATION OF CYNTHIA S. ARATO

CYNTHIA S. ARATO, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney duly admitted to practice in the Courts of the State of New York, and I am a member of the law firm Shapiro Arato LLP ("Shapiro Arato"), attorneys for Defendants in the above-captioned action. My application for admission to practice *pro hac vice* in this Court is currently pending. I submit this declaration in support of Defendants' motion to dismiss the Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 31, 2015 Judgment of the Regional Court of Berlin, Germany, in the matter, *Matthew R. Salinger, acting under the business designation "The J.D. Salinger Literary Trust," and Colleen M. Salinger, acting under the business designation "The J.D. Salinger Literary Trust," against Piper Verlag GmbH*, Ref. No. 15 O 62/15. Attached hereto as **Exhibit 1-T** is a certified English translation of that Judgment.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the "Reasons for Judgment in Fact and in Law" from the February 6, 2013 Judgment of the Court of First Instance of Milan, Italy, in the matter, *Warner Bros. Entertainment Italia s.p.a. et al. v. Passworld s.r.l. et al.*, as reproduced in *Annali italiani di diritto d'autore, della culture e dello spettacolo* (2013), at 901. Attached hereto as **Exhibit 2-T** is a certified English translation of that document.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the May 14, 2015 Certificate of Recordation issued by the United States Copyright Office certifying that the October 15, 2008 "Assignment of Literary Property" from J.D. Salinger to the Trustee of the J.D. Salinger Literary Trust, which is annexed thereto, has been recorded with the United States Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2015
New York, New York

                                             /s/ Cynthia S. Arato
                                             Cynthia S. Arato

[paper document bears an original signature]