**EXHIBIT 3**

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Maria A. Pallante*

Register of Copyrights, United States of America

May 14, 2015
_____
Date Of Recordation

| 9906 | 064 |
|---|---|
| Volume | Doc. No. |

1-23964495643

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume **9906**   Document **064**

Volume _____   Document _____

Date of recordation M **MAY** D **14** 2015 Y
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — J.D. Salinger
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document — 

**3** Total number of titles in the document — 6

**4** Amount of fee calculated — $690

**5** Fee enclosed — ☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document — ☑ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____   Date May 13, 2015

Duly authorized agent of the Trustees of the J.D. Salinger Literary Trust

**8** Return to:
Name — Matthew R. Salinger
Number/street — 5 River Rd.   Apt/suite — #202
City — Wilton   State — CT   Zip — 06897
Phone number — 203-354-8568   Fax number — 
Email — matts@ffi.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washi
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/mc
Copyrights; and (3) your document.

LC COPYRIGHT
0 045 519 462 3

FORM DCS   REV: 09/2007   PRINT: 09/2007 — ··,000   Printed on recycled paper
U S Government Printing Office: 2007-330-945/60,···

V9906 D064 P 1

## Assignment of Literary Property

Effective as of this _15_ day of _October_, 2008, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, J D. Salinger ("J D Salinger"), a resident of Cornish, New Hampshire, hereby assigns, transfers and conveys to the Trustee of the J.D. Salinger Literary Trust under agreement dated July 24, 2008, all of J.D Salinger's right, title and interest in and to the Literary Property, including without limitation any and all copyrights, moral rights, trademarks, and other intellectual property rights therein, and any and all other rights of every kind now known or hereafter recognized, in all jurisdictions throughout the world.

For the purposes of this Assignment of Literary Property, the term "Literary Property" means all of J D Salinger's right, title and interest in and to any literary works and properties of any kind and nature, intangible and tangible, including without limitation all manuscripts of published and unpublished works, authored by J D Salinger, whether alone or in collaboration with others, including without limitation all copyrights, moral rights and other intellectual property rights in works authored by J D. Salinger (and any and all renewals and extensions thereof), all rights and proceeds under contracts for the publication, performance or other exploitation thereof (including without limitation the contracts listed on **Exhibit A**, attached hereto and made a part hereof), also including royalty rights, and all other rights and causes of action of any kind or nature at any time existing in connection therewith, or which may arise or accrue therefrom, whether such literary works or properties shall be finished or unfinished, or published or unpublished, including the rights to secure, extend or renew any copyrights therein and the right to exercise all rights with respect to the copyrights of any literary works or properties.

The term "Literary Property" shall also refer to and include (i) all of J.D. Salinger's rights of publicity and rights of privacy, and (ii) rights to trademarks and Internet domain names, including without limitation those consisting in whole or in part of J D Salinger's name, arising from or related in whole or part to literary works authored by J D. Salinger, and consisting in whole or part of titles of or characters in such literary works.

IN WITNESS WHEREOF, J.D Salinger has executed this Assignment of Literary Property as of the date above first written

In the Presence of

_____         _____J. D. Salinger_____
                                           J D Salinger

STATE OF NEW HAMPSHIRE
COUNTY OF Grafton, SS

At _Hanover_, this _15_ day of _October_, 2008, J D SALINGER personally appeared and he acknowledged this instrument by him subscribed to be his free act and deed

Before Me. _Betsy H Bowse_
                    Notary Public

Attachment  **Exhibit A** – Literary Contracts

BETSY H. BOWSE
Notary Public - State of New Hampshire
My Commission Expires March 26, 2013

V9906 D064 P 2

# EXHIBIT A

## LITERARY CONTRACTS

2823480.2

V9906 D064 P 3

July 1, 2008

# J.D. SALINGER LITERARY CONTRACTS
## (U.S. and U.K.)

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| Little, Brown and Company, USA | *The Catcher In The Rye*; publish or cause to be published in English language in the USA and its dependencies and the Republic of the Phillippines, Dominion of Canada, to sell in the English language for export to The Dominion of Canada and the Republic of the Phillippines, to license others to sell in a cheap edition or editions in all other foreign countries in the English language except in the British Empire excluding Canada | 9/27/1950 Amended 8/4/1952 | full term of copyright | |
| Little, Brown and Company, USA | *Nine Stories*; publish or cause to be published in English language in the USA and its dependencies and the Republic of the Phillippines, Dominion of Canada, to sell in the English language for export to The Dominion of Canada and the Republic of the Phillippines, to license others to sell in a cheap edition or editions in all other foreign countries in the English language except in the British Empire and Republic of the Phillippines | 4/30/1952 | full term of copyright | |
| Little, Brown and Company, USA | *Franny and Zooey*, *Raise High The Roof Beam Carpenters* and *Seymour, an Introduction*; publish or cause to be published in English language in the USA and its dependencies and the Republic of the Phillippines, Dominion of Canada, to sell in the English language for export to The Dominion of Canada and the Republic of the Phillippines, to license others to sell in a cheap edition or editions in all other foreign countries in the English language except in the British Empire and Republic of the Philippines | 8/21/1962 Amended 8/27/1962 | full term of copyright | |

July 1, 2008

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| Little, Brown and Company, USA | The Catcher In The Rye, Nine Stories; Franny and Zooey, Raise High The Roof Beam Carpenters and Seymour, an Introduction, Amends 1950, 1952 and 1962 contracts | 6/29/1990 | full term of copyright | |
| Little, Brown and Company, USA | The Catcher In The Rye, Nine Stories, Franny and Zooey, Raise High The Roof Beam Carpenters and Seymour, an Introduction, Amends 1950, 1952 and 1962 contracts as amended | 5/23/2000 | | |
| Little, Brown and Company, USA | The Catcher In The Rye, Nine Stories, Franny and Zooey, Raise High The Roof Beam Carpenters and Seymour, an Introduction, Extension of 1950, 1952 and 1962 contracts, grant & assignment of rights | 1/1/2006 | full term of copyright | |
| William Heinemann Ltd., UK | Franny and Zooey; sole and exclusive right to publish in volume form in English language throughout British Commonwealth as constituted at 1st January 1947 and Empire (excluding Canada) | 3/19/1962 | full term of copyright | |
| William Heinemann Ltd., UK | Raise High The Roof Beam Carpenters and Seymour, an Introduction, exclusive right to publish in volume form in English language throughout British Commonwealth as constituted at 1st January 1947 and Empire (excluding Canada) | 11/27/1962 | full term of copyright | |
| Hamish/Hamilton/Penguin Books, UK | The Catcher In The Rye and For Esme With Love and Squalor (aka Nine Stories), sole license to produce, publish & reproduce work, excluding book club and right to license hardcover & paperback rights, in English language throughout territories specified in Appendix | 10/1999 | full term of copyright | |

V9906 D064 P 5

July 1, 2008

# J.D. SALINGER LITERARY CONTRACTS
(non-U.S. and non-U.K.)

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| Alma Littera, Lithuania | The Catcher In The Rye, publish and sell in hard cover form in Lithuanian language in all countries where copyright subsists | 2/12/2004 | 2/12/2009 | |
| Alma Littera, Lithuania | Nine Stories, publish and sell in hard cover form in Lithuanian language in all countries where copyright subsists | 2/13/2004 | 2/13/2009 | |
| Banana Publishing, Indonesia | The Catcher In The Rye, translate and publish work in volume form in Indonesian language in all countries where copyright subsists | 1/12/2006 | 1/12/2011 | |
| Bit Ltd., Estonia | Nine Stories, publish and sell in hard cover form in Estonian language in all countries where copyright subsists | 1/12/2004 | Expired | |
| Bit Ltd., Estonia | The Catcher In The Rye, publish and sell in hard cover form in Estonian language in all countries where copyright subsists | 1/12/2004 | Expired | |
| Difel S A., Portugal | The Catcher In The Rye, translate, print, publish and sell in volume form in trade edition in Portuguese language in Portugal only and the non-exclusive license to distribute edition in Portuguese speaking countries, excluding Brazil | 2/17/2004 | 2/17/2011 | |
| Difel S A., Portugal | Nine Stories, translate, print, publish and sell in volume form in trade edition in Portuguese language in Portugal only and the non-exclusive license to distribute edition in Portuguese speaking countries, excluding Brazil | 2/17/2004 | 2/17/2011 | |
| Difel S A., Portugal | Raise High The Roof Beam Carpenters and Seymour, an Introduction, translate, print, publish and sell in volume form in trade edition in Portuguese language in Portugal only and the non-exclusive license to distribute edition in Portuguese speaking countries, excluding Brazil | 2/17/2004 | 2/17/2011 | |

V9906 D064 P 6

July 1, 2008

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| Ediciones Xerais de Galicia S.A., Spain | *The Catcher In The Rye*; translate, print, publish and sell work in trade edition only in Galician language throughout the world | 3/21/05 | 3/21/2010 | |
| Eksmo Publishers, Russia | *The Catcher In The Rye*; publish and sell work in volume form in Russian language in all countries where copyright subsists, no subsidiary rights granted under agreement | 12/16/2005 | 12/16/2012 | |
| Eksmo Publishers, Russia | *Nine Stories*, publish and sell work in volume form in Russian language in all countries where copyright subsists, no subsidiary rights granted under agreement | 12/16/2005 | 12/16/2012 | |
| Eksmo Publishers, Russia | *Franny and Zooey*; publish and sell work in volume form in Russian language in all countries where copyright subsists, no subsidiary rights granted under agreement | 12/16/2005 | 12/16/2012 | |
| Eksmo Publishers, Russia | *Raise High the Roof Beam, Carpenters and Seymour, an Introduction*, publish and sell work in volume form in Russian language in all countries where copyright subsists, no subsidiary rights granted under agreement | 12/16/2005 | 12/16/2012 | |
| Europa Konyvkiado, Hungary | *Nine Stories*, publish work in volume form, in Hungarian language, for distribution throughout the world | 2/27/2003 | Expired | |
| Europa Konyvkiado, Hungary | *The Catcher In The Rye*, publish work in volume form, in Hungarian language, for distribution throughout the world | 12/7/2004 | 12/7/2009 | |
| Europa Konyvkiado, Hungary | *Raise High The Roof Beam Carpenters and Seymour, an Introduction*, publish work in volume form, in Hungarian language, for distribution throughout the world | 12/7/2004 | 12/7/2009 | |
| Giulio Einaudi Editore SpA, Italy | *The Catcher In The Rye*; publish in trade volume form in their "Arcipelago" line, in Italian language, throughout the world | 5/24/2004 | 5/24/2009 | |
| Hakusui-sha, Japan | *The Catcher In The Rye*, print, publish and sell in volume form in paperback edition in Japanese language | 12/30/2005 Renewed 12/30/2007 | 12/20/08* | |

V9906 D064 P7

July 1, 2008

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| IndeBook, Korea | Franny & Zooey; translate and publish work in volume form in regular trade edition in Korean language | 2/22/2003 | Expired | |
| J W Cappelens Forlag A/S, Norway | The Catcher In The Rye; translate, print, publish and sell in volume form only in hardcover trade edition in Norwegian language | 2/19/2004 | 2/19/2011 | |
| Minumsa Publishing Co., Ltd Korea | The Catcher In The Rye; translate and publish work in volume form in regular trade edition in Korean language | 9/22/2003 | 9/22/2008* | |
| Relogio D'Agua Portugal | Franny and Zooey; translate, print, publish and sell work in volume form only in trade edition on Portuguese language | 10/29/2001 | Expired | |
| Sareni Ducan, Croatia | Raise High The Roof Beam Carpenters and Seymour, an Introduction; publish and sell work in trade paperback edition in Croatian language in all countries where copyright subsists | 3/17/2004 Extended 5/31/07 | 5/31/2010 | |
| Sareni Ducan, Croatia | Franny and Zooey; publish and sell work in trade paperback edition form in Croatian language in all countries where copyright subsists | 2/17/2003 Extended 5/31/07 | 5/31/2010 | |
| Skrudda Publishing, Iceland | The Catcher In The Rye; translate, print, publish and sell work in volume form only in paperback edition in Icelandic language | 3/11/2005 | 3/11/2010 | |
| Slovensky spisovatel a s Slovak Republic | The Catcher In The Rye, publish and sell work in trade hardcover in Slovak language in all countries where copyright subsists | 10/10/2005 | 10/10/2010 | |
| Yapi Kredi Yayinlari, Turkey | Raise High the Roof Beam, Carpenters and Seymour, an Introduction, need copy agreement, have copy addendum only | 2/6/1997 | 7/6/2008* Extension Pending | |
| Yapi Kredi Yayinlari, Turkey | Franny and Zooey; need copy agreement; have copy addendum only | 2/6/1997 | 7/6/2008* Extension Pending | |
| Yapi Kredi Yayinlari, Turkey | The Catcher In The Rye, need copy agreement; have copy addendum only | 2/6/1997 | 7/6/2008* Extension Pending | |
| Yapi Kredi Yayinlari, Turkey | Nine Stories, need copy agreement, have copy addendum only | 2/6/1997 | 7/6/2008* Extension Pending | |

V9906 D064 P 8

July 1, 2008

| Publisher | Re | Date of Contract | Expiration Date | Assigned to Trust |
|---|---|---|---|---|
| Yilin Press, China | *The Catcher In The Rye*; translation and publication into Chinese printed in simplified characters, work in book format only as defined in addendum | 1/25/2006 | 1/25/2011 | |
| Zalozba Mladinska Knjiga, Slovenia | *The Catcher In The Rye*, publish and sell work in trade paperback form in Slovene language in all countries where copyright subsists | 4/11/2005 | 4/11/2008 Extended? | |